UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

VICTOR BROOKS,

  Plaintiff,

-vs-                                              CASE NO.:  5:18-cv-00225-KKC

ONEMAIN FINANCIAL GROUP, LLC,

  Dedendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, VICTOR BROOKS, by and through his undersigned attorney, and hereby files this Notice of Voluntary Dismissal with Prejudice of the above captioned matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all counsel of record via e-mail through the CM/ECF system on this 11th day of June, 2018.

                                            **/s/ Shaughn C. Hill**
                                            SHAUGHN C. HILL, ESQUIRE
                                            Florida Bar No. 0105998
                                            MORGAN & MORGAN, TAMPA, P.A.
                                            One Tampa City Center
                                            201 N. Franklin Street, Suite 700
                                            Tampa, FL 33602
                                            Telephone:  (813) 223-5505
                                            Facsimile:   (813) 559-4845
                                            Primary Email: Shill@ForThePeople.com
                                            Secondary: SLauredan@ForThePeople.com
                                            *Attorney for Plaintiff*