**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**AT LEXINGTON**

| | |
|---|---|
| **VICTOR BROOKS,** | **CIVIL ACTION NO. 5:18-225-KKC** |
|     **Plaintiff,** | |
| **V.** | **ORDER** |
| **ONEMAIN FINANCIAL GROUP, LLC,** | |
|     **Defendants.** | |

**\*\*\* \*\*\* \*\*\***

This matter having come before the Court by a Notice of Voluntary Dismissal with prejudice [DE 6],

IT IS HEREBY ORDERED:

1. Pending motions in the case are hereby deemed **MOOT**.

2. All pending deadlines are considered **SET ASIDE.**

3.   This action shall be and hereby is dismissed with prejudice and shall be **STRICKEN FROM THE ACTIVE DOCKET.**

Dated June 11, 2018.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY